UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| CALVIN LYNDELL DIBRELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.: 3:22-CV-208-KAC-JEM |
| | ) | |
| OFFICER ROGER ALLEN REX, JR., in his Individual and Official capacity, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

In the Memorandum Opinion and Order, the Court **GRANTED** Defendant Officer Roger Allen Rex, Jr.'s Motion for Summary Judgment and **DISMISSED** this action. The Court **DIRECTS** the Clerk to close this case.

SO ORDERED.

_____
KATHERINE A. CRYTZER
United States District Judge

ENTERED AS A JUDGMENT:
   *s/ LeAnna R. Wilson*
   CLERK OF COURT